UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GREGORY FRANKOWIAK,

    Plaintiff,

v.                                      Case No. 17-cv-1447-pp

NANCY A. BERRYHILL,
*Deputy Commissioner for Operations,*
*performing the duties and functions not reserved*
*to the Commissioner of Social Security,*

    Defendant.

---

**ORDER APPROVING STIPULATION FOR REVERSAL (DKT. NO. 15) AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On April 13, 2018, the parties filed a stipulation for remand for further proceedings under sentence four of 42 U.S.C. §405(g). Dkt. No. 15. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The opinion of the Administrative Law Judge is **REVERSED** and the case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Appeals Council will vacate all findings in the ALJ's decision and remand the case to the ALJ for further proceedings. The Deputy Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether the plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision.

Dated in Milwaukee, Wisconsin this 17th day of April, 2018.

                                                **BY THE COURT:**

                                                **HON. PAMELA PEPPER**
                                                **United States District Judge**